IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Stacie Bethea | Case No. 4:26-cr-00010 |

Order to Continue Trial in the Interest of Justice

Before the Court is Defendant's Motion to Continue Trial [Doc. 21], the pretrial hearing set for August 5, 2026, and the trial of this case set for the September term of court. On June 10, 2026, an indictment was filed. Defendant appeared for her Initial Appearance and Arraignment on or about July 14, 2026.

In the Motion, the Defendant represents that additional time is needed to receive and review discovery, and prepare for future hearings. The Government does not oppose the motion. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Defendant's Motion to Continue Trial [Doc. 21] is **GRANTED**, and it is HEREBY ORDERED that this case be continued until the **December term** of Court for the Columbus Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial act, 18 U.S.C. § 3161.

SO ORDERED, this 31st day of July, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE